AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| HENRY CARIBE, | ) | |
| A/K/A "KING 40CAL" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Henry Caribe, a/k/a "King 40Cal"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:     12/04/2019                                   _____
                                                                          *Issuing officer's signature*

City and state:     Boston, MA                        Brenda _____ _____ Clerk
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                        _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JONATHAN CASSIANO, | ) Case No. 19cr10459 |
| A/K/A "KING LEGEND" | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jonathan Cassiano, a/k/a "King Legend" ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, MA

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____ *Arresting officer's signature* |
|      _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANTOINE GOODSON<br><br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19 cr 10459

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Antoine Goodson                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition

Date:      12/04/2019                              _____
                                                                        *Issuing officer's signature*

City and state:      Boston, MA                    Brendan Garvin, Deputy Clerk
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                        _____<br>                                                                          *Arresting officer's signature*<br><br>                                                                          _____<br>                                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| DEREK SOUTHWORTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Derek Southworth                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition

Date:      12/04/2019                                    _____
                                                                            *Issuing officer's signature*

City and state:      Boston, MA                          Brenda County Deputy Clerk
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____<br>                                                                            *Arresting officer's signature*<br><br>                                                                            _____<br>                                                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ISSAC FELIX-RIVERA, | ) | Case No.  19-CR-10459 |
| A/K/A "KING IZZY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Issac Felix-Rivera, a/k/a "King Izzy"                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                            _____
                                                                                    _Issuing officer's signature_

City and state:    Boston, Massachusetts                _____ Deputy Clerk

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                 _____ |
|                                                         _Arresting officer's signature_ |
|                                                         _____ |
|                                                         _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KEVIN GUADALUPE, | ) | Case No.  19-CR-10459 |
| A/K/A "KING MILLY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Kevin Guadalupe, a/k/a "King Milly"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  _____12/04/2019_____

_____
_Issuing officer's signature_

City and state:  ___Boston, Massachusetts___

_____
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____  _____ _Arresting officer's signature_ _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>SHELTON JOHNSON,<br>A/K/A "KING SHELLS" | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19-CR-10459

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Shelton Johnson, a/k/a "King Shells"                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

City and state:     Boston, Massachusetts

*Issuing officer's signature*

Brendan — Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____                 _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

United States of America
v.
TYSON JORGE,
A/K/A "KING MUSIC"

_____
Defendant

)
)
)
)
)
)

Case No. 19- CR-10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Tyson Jorge, a/k/a "King Music"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

City and state:    Boston, Massachusetts

_____
*Issuing officer's signature*

Brenda Garvin Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____      _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>EMANUEL LOPEZ-VELEZ,<br>A/K/A "MANNY"<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  19 - CR-10459<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Emanuel Lopez-Velez, a/k/a "Manny"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  _____12/04/2019_____                                    _____
                                                                                                *Issuing officer's signature*

City and state:    Boston, Massachusetts                       _____
                                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                              _____<br>                                                                         *Arresting officer's signature*<br><br>                                                                         _____<br>                                                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS MENDEZ, | ) | Case No. 19 - CR - 10459 |
| A/K/A "KING PRIMO" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Luis Mendez, a/k/a "King Primo"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019
_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| <br>Date: _____        _____<br>*Arresting officer's signature*<br><br>        _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAEKWON PARIS, | ) | Case No.  19- CR - 10459 |
| A/K/A "KING DEBO" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Raekwon Paris, a/k/a "King Debo"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ |
|          *Arresting officer's signature* |
|          _____ |
|          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAYCO REYES-SMITH, | ) | Case No.  19 - CR - 10459 |
| A/K/A "KING JAVY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jayco Reyes-Smith, a/k/a "King Javy" _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019          _____
                                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts        _____
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.
**LUIS SANTIAGO,**
**A/K/A "KING TINY"**

)
)
)
)
)
)

Case No.   19-CR-10459

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Luis Santiago, a/k/a "King Tiny"                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brenda Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERTO VARGAS, | ) | Case No.    19-CR-10459 |
| A/K/A "KING ROYALTY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Roberto Vargas, a/k/a "King Royalty"                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brenda Garvey, Deputy Clerk

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| |
| Date: _____ |
| _Arresting officer's signature_ |
| |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| JOSE VASQUEZ, | ) | |
| A/K/A "KING FEARLESS" | ) | |
|  | ) | |
|  | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Jose Vasquez, a/k/a "King Fearless"                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  _____12/04/2019_____

          _____
                    _Issuing officer's signature_

City and state:   _Boston, Massachusetts_          _____
                    _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____  at _(city and state)_ _____ . |
| Date: _____          _____  <br> _Arresting officer's signature_ |
|          _____  <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| NATANAEL VELAZQUEZ, | ) | |
| A/K/A "KING NAEL" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Natanael Velazquez, a/k/a "King Nael"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ❒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____              _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ALVIN MOJICA,
A/K/A "KING HUMBLE"

_____
Defendant

)
)
)
)
)
)

Case No. 19cr10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Alvin Mojica, a/k/a "King Humble"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Distribution and Possession with Intent to Distribute Cocaine

Date:    12/04/2019
_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts
Brendan _____ Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr 10459 |
| HECTOR ADORNO, | ) | |
| A/K/A "KING GORDO" | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

          **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Hector Adorno, a/k/a "King Gordo"                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:        12/04/2019                                                    _____
                                                                                              *Issuing officer's signature*

                                                                           Brendan Garvin, Deputy Clerk
City and state:     Boston, MA                                                    *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>DAIRON RIVERA,<br>A/K/A "KING MAFIA" | )<br>)  Case No. 19cr10459<br>)<br>)<br>)<br>) |

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Dairon Rivera, a/k/a "King Mafia"                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:    12/04/2019                                        _____
                                                            _Issuing officer's signature_

City and state:    Boston, MA                        Brendan Garvin, Deputy Clerk
                                                            _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ .<br><br>Date: _____    _____<br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

|  |  |
|---|---|
| United States of America<br>v.<br>SOPHIA VELASQUEZ,<br>A/K/A "QUEEN SOPHIA"<br><br>――――――――――――――――――――――<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19cr 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sophia Velasquez, a/k/a "Queen Sophia"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:     12/04/2019

City and state:     Boston, MA

*Issuing officer's signature*

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
JESUS DIAZ,
A/K/A "KING KIKO"

_____
Defendant

)
)
)
)
)
)

Case No. 19cr10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Jesus Diaz, a/k/a "King Kiko" _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:    12/04/2019    _____
                                    _Issuing officer's signature_

City and state:    Boston, MA    Brendan Garvin, Deputy Clerk
                                    _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                     _____<br>_Arresting officer's signature_ <br><br>_____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| JUAN FIGUEROA, | ) | |
| A/K/A "KING PUN" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Juan Figueroa, a/k/a "King Pun"                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                    _____
                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts            Brendan Garvin, Deputy Clerk
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| |
| Date: _____                    _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| ISRAEL RODRIGUEZ, A/K/A "KING IMPERIAL" | ) ) ) ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Israel Rodriguez, a/k/a "King Imperial"     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| ALFRED NIEVES, | ) | |
| A/K/A "KING ALFY" | ) | |
| | ) | |
| | ) | |

_____
_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      Alfred Nieves, a/k/a "King Alfy"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                              _____
                                                                       _Issuing officer's signature_

City and state:      Boston, Massachusetts             Brendan Garvin, Deputy Clerk
                                                                       _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                          _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| MARLON RIVERA, | ) | |
| A/K/A "KING PLUTO" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Marlon Rivera, a/k/a "King Pluto"                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts          Brendan Garvin, Deputy
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                                                 _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>INES LUGO,<br>A/K/A "QUEEN CHINA"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 19cr10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ines Lugo, a/k/a "Queen China"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Gavvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                        *Arresting officer's signature*<br><br>                                        _____<br>                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| JEREMIA MEDINA, | ) | |
| A/K/A "KING SWEEPY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Jeremia Medina, a/k/a "King Sweepy" _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:   _____12/04/2019_____

_____
_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____     _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1 9cr 10459 |
| BIENVENIDO NUNEZ, | ) |
| A/K/A "KING APACHE" | ) |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Bienvenido Nunez, a/k/a "King Apache"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019                                                                _____
                                                                                                   *Issuing officer's signature*

City and state:      Boston, Massachusetts                        Brendan Garvin, Deputy Clerk
                                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                                          *Arresting officer's signature* |
|                                                          _____ |
|                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| TANAIRY RUIZ, | ) | |
| A/K/A "QUEEN TANAIRY" | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tanairy Ruiz, a/k/a "Queen Tanairy"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:   12/04/2019

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr 10459 |
| XAVIER VALENTIN-SOTO, A/K/A "KING X" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Xavier Valentin-Soto, a/k/a "King X"                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019

_____
_Issuing officer's signature_

City and state:      Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                    _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
**JOEL FRANCISCO,**
**A/K/A "KING CASPER"**

)
)
)
)
)
)

Case No. 19cr10459

_____
_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Joel Francisco, a/k/a "King Casper"                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019                                          _____
                                                                                _Issuing officer's signature_

City and state:    Boston, Massachusetts                 Brendan Garvin, Deputy Clerk
                                                                                _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                          _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

ERIC THOMAS,
A/K/A "KING E"

)
)
)
)
)
)

Case No. 19 cr 10459

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Eric Thomas, a/k/a "King E"                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:        12/04/2019

                                                              *Issuing officer's signature*

City and state:        Boston, Massachusetts           Brendan Garvan, Deputy Clerk
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHAUN HARRISON, | ) | Case No.  19 - CR - 10455 |
| A/K/A "REV" | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Shaun Harrison, a/k/a "Rev"                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                                                _____
                                                                                  *Issuing officer's signature*

City and state:    Boston, Massachusetts                     Brendan, Gavvin Deputy Clerk
                                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VINCENT DZIERWINSKI, | ) | Case No. 19 - CR - 10459 |
| A/K/A "KING VICE" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Vincent Dzierwinski, a/k/a "King Vice"                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**WILSON PEGUERO,**<br>**A/K/A "KING DUBB"** | )<br>)  Case No.  19 - CR - 10459<br>)<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Wilson Peguero, a/k/a "King Dubb"                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                 _____
                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts        Brendan Garvin, Deputy Clerk
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____            _____<br>                                                 *Arresting officer's signature*<br><br>                                                 _____<br>                                                 *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ALEXIS PEGUERO,<br>A/K/A "KING LEXI," A/K/A "KING LOONEY" | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19 CR 10459

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Alexis Peguero, a/k/a "King Lexi," a/k/a "King Looney"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019

_____
Issuing officer's signature

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_____
Printed name and title

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____<br><br>_____<br>Arresting officer's signature<br><br>_____<br>Printed name and title |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW PALACIOS,<br>A/K/A "KING NENE" | )<br>)<br>)   Case No.   19 CR 10459<br>)<br>)<br>) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Matthew Palacios, a/k/a "King Nene"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date: _____ 12/04/2019 _____

City and state: _____ Boston, Massachusetts _____

_Issuing officer's signature_

Brendon Garin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____                      _____<br>                                           _Arresting officer's signature_<br><br>                                           _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | )<br>) |
| v. | ) |
| STEVEN FAMILIA VALDEZ, | ) Case No.  19 CR 10459 |
| A/K/A "KING HAZE" | ) |
| | ) |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Steven Familia Valdez, a/k/a "King Haze"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:          12/04/2019                                          _____
                                                                  _Issuing officer's signature_

City and state:      Boston, Massachusetts                         Brendan Lavin, Deputy Clerk
                                                                  _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____                              _____<br>                                                _Arresting officer's signature_<br><br>                                                _____<br>                                                _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DANTE LARA, | ) | Case No. 19 cr 10459 |
| A/K/A "KING NASTY" | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Dante Lara, a/k/a "King Nasty"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019
                                                                    _____
                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts

                                                                    Breon Gavin, Deputy Clerk
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT LARA, | ) | Case No.  14 CR 10459 |
| A/K/A "KING RIZZ" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Robert Lara, a/k/a "King Rizz"                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019                                                            _____
                                                                                                    *Issuing officer's signature*

City and state:        Boston, Massachusetts                            Breana Garvin Deputy Clerk
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| <br> Date: _____                                    _____ <br>                                                                         *Arresting officer's signature* <br><br>                                                                         _____ <br>                                                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANGEL ORTIZ,<br>A/K/A "KING ABBY"<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  19 CR - 10459<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Ortiz, a/k/a "King Abby"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  ____12/04/2019____                                 _____
                                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts                  Brandon Gavin, Deputy Clerk
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . <br><br>Date: _____                          _____<br>                                                                      *Arresting officer's signature*<br><br>                                                                      _____<br>                                                                      *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANGEL RODRIGUEZ, | ) | Case No.   19 CR 10459 |
| A/K/A "KING ACE" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Rodriguez, a/k/a "King Ace"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  _____12/04/2019_____

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Gavin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ALEXIS VELASQUEZ,<br>A/K/A "KING BOOBOO" | )<br>)<br>)<br>)<br>)<br>) |

Case No.    19 - CR · 10459

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Alexis Velasquez, a/k/a "King Booboo" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Leavey Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANGEL CALDERON,<br>A/K/A "KING BAM" | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19 CR 10459

_____
_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Angel Calderon, a/k/a "King Bam"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                 _____
                                                      _Issuing officer's signature_

City and state:    Boston, Massachusetts         Brendan Leavvry, Deputy Clerk
                                                      _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ <br>at _(city and state)_ _____ . |
| Date: _____                    _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| OSCAR PENA, | ) | Case No. 19 CRL 10459 |
| A/K/A "KING O-BLOCK" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Oscar Pena, a/k/a "King O-Block"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:       12/04/2019                                        _____
                                                                          *Issuing officer's signature*

City and state:       Boston, Massachusetts              Brendan Garvin, Deputy Clerk
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                       _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE RODRIGUEZ | ) | Case No.   19 CR 10459 |
| A/K/A "KING STUTTER" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Jose Rodriguez, a/k/a "King Stutter"                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

   21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base


Date:  _____12/04/2019_____

                                                          _Issuing officer's signature_

City and state:   _Boston, Massachusetts_

                                                    Brendan Garvin, Deputy Clerk
                                                          _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| |
| Date: _____ |
| _____ |
| _Arresting officer's signature_ |
| |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ORLANDO SANTIAGO TORRES, | ) | Case No. 19 - CR - 10459 |
| A/K/A "KING LANDI" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Orlando Santiago Torres, a/k/a "King Landi"                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base


Date:    12/04/2019                    _____
                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts            Brendan Casas, Deputy Clerk
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                        *Arresting officer's signature* |
| _____<br>                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SANDRA CORREA, | ) Case No. 19 c R 10459 |
| A/K/A "QUEEN DREAM" | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sandra Correa, a/k/a "Queen Dream"                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   19 CR 10459 |
| MICHAEL CECCHETELLI, | ) | |
| A/K/A "KING MERLIN" | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Cecchetelli, a/k/a "King Merlin"                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                        _____
                                                         *Issuing officer's signature*

City and state:    Boston, Massachusetts            _____
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                        _____
                                                          *Arresting officer's signature*

                                                          _____
                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19 CR 10459 |
| ESTHER ORTIZ, | ) | |
| A/K/A "QUEEN INDIA" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Esther Ortiz, a/k/a "Queen India"                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                   _____
                                                               *Issuing officer's signature*

City and state:    Boston, Massachusetts              _____
                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-10459 |
| HECTOR MANUEL VEGA, A/K/A "KING DEMON" | ) ) ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Hector Manuel Vega, a/k/a "King Demon"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                    _____
                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts        _____
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                              *Arresting officer's signature*<br><br>                                              _____<br>                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-CR-10459 |
| JORGE RODRIGUEZ, | ) | |
| A/K/A "KING G" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jorge Rodriguez, a/k/a "King G"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

    21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019                                    _____
                                                 *Issuing officer's signature*

City and state:    Boston, Massachusetts                    _____
                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
MICHAEL MARRERO,
A/K/A "KING CLUMSY"

_____
*Defendant*

)
)
)
)
)
)

Case No.  19 - CR - 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Marrero, a/k/a "King Clumsy"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

City and state:    Boston, Massachusetts

_____
*Issuing officer's signature*

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
|          _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19 - CR - 10459 |
| FRANCISCO LOPEZ, | ) | |
| A/K/A "KING CISCO" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Francisco Lopez, a/k/a "King Cisco"    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>GREGORY PEGUERO-COLON,<br>A/K/A "KING TRECE"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19 - CR - 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gregory Peguero-Colon, a/k/a "King Trece"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019          _____
                                                     *Issuing officer's signature*

City and state:    Boston, Massachusetts          _____
                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____. |
| Date: _____          _____<br>                                                      *Arresting officer's signature*<br><br>                                                      _____<br>                                                      *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
JUAN LIBERATO,
A/K/A "KING PRODIGY"

Case No.  19 · CR - 10459

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Juan Liberato, a/k/a "King Prodigy"                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019        _____
                              *Issuing officer's signature*

City and state:    Boston, Massachusetts        _____
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 - CR - 10459 |
| ANGEL ROLDAN, | ) | |
| A/K/A "KING BIG A," A/K/A "NELTY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Roldan, a/k/a "King Big A," a/k/a "Nelty"                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019            _____
                                *Issuing officer's signature*

City and state:    Boston, Massachusetts        _____
                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____            _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**FRUTUOSO BARROS,**<br>**A/K/A "KING FRUITY"**<br><br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  19 - CR - 10459<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Frutuoso Barros, a/k/a "King Fruity"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:     12/04/2019          _____
                                                            *Issuing officer's signature*

City and state:    Boston, Massachusetts          _____
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>                                                            *Arresting officer's signature*<br><br>                                                            _____<br>                                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ROBERT AVITABILE,<br>A/K/A "BOBBY" | )<br>)<br>)<br>)<br>)<br>) |

Case No.   19 CR 10459

_____

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Robert Avitabile, a/k/a "Bobby"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019                        _____
                                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts          Brendan Chason, Deputy Clerk
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                              _____<br>                                                        *Arresting officer's signature*<br><br>                                                        _____<br>                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**TALIYAH BARBOZA,**<br>**A/K/A "QUEEN TALIYAH"** | )<br>)<br>)  Case No.  19 CR 10459<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Taliyah Barboza, a/k/a "Queen Taliyah"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>                                          *Arresting officer's signature*<br><br>                                          _____<br>                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JOSUE CARRASQUILLO,<br>A/K/A "KING PLAYBOY"<br><br><br>_____<br>Defendant | )<br>)<br>)  Case No.   19 CR 10459<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Josue Carrasquillo, a/k/a "King Playboy"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:        12/04/2019                                    _____
                                                                              *Issuing officer's signature*

City and state:        Boston, Massachusetts                   Brenda Gavin Deputy Clerk
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                    _____<br>                                                                          *Arresting officer's signature*<br><br>                                                                          _____<br>                                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 CR 10459 |
| MICHAEL COTTO, | ) | |
| A/K/A "KING GORDO" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Michael Cotto, a/k/a "King Gordo"                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan _____ Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |