UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                              ) | |
| v.                                                          ) | |
|                                                              )   Criminal No:  19-10459-RWZ | |
| VINCENT DZIERWINSKI  (13)           ) | |
|           Defendant.                              ) | |
|                                                              ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE/DETENTION AND FOR AN EVIDENTIARY HEARING

NOW COMES the defendant, Vincent Dzierwinski, through counsel, and hereby moves this Honorable Court to conduct a detention hearing pursuant to 18 U.S.C. Section 3142(a).  In support thereof, counsel states the following:

1. Mr. Dzierwinski was transferred into federal custody today, October 14, 2020.

2. At the time of his arrest on the instant indictment, the defendant was serving a state sentence.

3. On February 12, 2020, the defendant waived without prejudice his right to a detention hearing and agreed to be taken into federal custody which was later changed back to state custody so that he could complete the sentence.

4. As a result, the defendant never received a detention hearing pursuant to Section 3142(a).

5. The defendant has been in custody for a series of relatively minor offenses since 2012.

6. The defendant was interviewed by probation on October 9, 2020.

7. The defendant is proposing to reside at his sister's house upon his release which is located at **REDACTED**.

8. The defendant will also present the Court with several construction job opportunities that are available to him upon release.

9. Counsel will confer with the Government through its representative, AUSA Mark Grady. However, it is expected that the Government will oppose the defendant's release, but not the defendant's request for a hearing.

WHEREFORE, this Honorable Court is respectfully urged to conduct a hearing and release the defendant with conditions to be determined at the hearing.

Respectfully submitted,

Peter Charles Horstmann, Esq.
BBO #556377
450 Lexington Street, Suite 450
Newton, Massachusetts 02466
(617) 723-1980

Attorney for Defendant Vincent Dzierwinski

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify this 5th day of October, 2020 that I caused an electronic copy of the foregoing to be served by ECF on all counsel of record including AUSA Mark Grady, Office of the U.S. Attorney for the District of Massachusetts, Moakley Courthouse, One Courthouse Way, Boston, MA 02110.

_____
Peter Charles Horstmann