UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19-10459-AK |
| ) | |
| VINCENT DZIERWINSKI, ) | |
| Defendant ) | |

**ORDER OF PRE-HEARING DETENTION**
July 3, 2025

Robertson, U.S.M.J.

The defendant, Vincent Dzierwinski ("Defendant"), is the subject of a petition alleging that he has violated his conditions of supervised release. Defendant made an initial appearance before the court on July 3, 2025, at which time the court appointed counsel for Defendant. The government moved for detention pending a final revocation proceeding. At the hearing, following consultation with counsel, Defendant consented to entry of an order of prehearing detention without prejudice to Defendant filing a motion seeking prehearing release, or seeking release at his final revocation hearing, if and when he is in a position to do so.

Accordingly, it is ORDERED that the defendant be DETAINED and it is further ORDERED that:

(1)    the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion seeking a hearing to address the issue of pre-hearing release regardless of whether there have been changed circumstances.

    /s / Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge